**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANIKA SALWAY,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY STORES, L.P.; and DOES 1 to 10,<br><br>Defendants.<br>. | Case No. 12:CV-01603-ABC (SPx)<br><br>DISCOVERY MATTER<br><br>**PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL DOCUMENTS & INFORMATION**<br><br>Complaint Filed: July 20, 2012<br>Trial Date: TBD<br>Discovery Cutoff: TBD<br>Motion Cutoff: TBD |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Stipulation for Protective Order Regarding the Confidentiality of Documents & Information is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Shanika Salway and Defendant Best Buy Stores, L.P. shall obey the provisions of the Stipulation for Protective Order Regarding the Confidentiality of Documents & Information.

**IT IS SO ORDERED.**

Dated: February 27, 2013

/s/ Sheri Pym
The Honorable Sheri Pym
United States Magistrate Judge